IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY J. TURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09–cv–0829–MJR–SCW |
| ) | |
| DAVID REDNOUR, et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

**WILLIAMS, Magistrate Judge:**

On Friday, June 10, 2011, an in-Court Motion Hearing was held on all three of Plaintiff Gregory Turley's ("Turley's") pending actions. The Court took up all of Turley's pending motions, including his Motion to Compel Answer (Doc. 65), filed in the above-captioned action. The Court heard argument from the parties on the Motion to Compel Answer and ruled on the motion as follows.

The Court found that the disputed allegations contained in paragraphs 16 and 17 of Turley's Complaint were covered as part of the retaliation count; Count 1 of the Threshold Order issued by District Judge Reagan on February 11, 2011 (Doc. 26). Accordingly, the Court DIRECTED Defendants to answer or otherwise respond to the allegations contained in paragraphs 16 and 17 of Turley's complaint **on or before Friday, July 8, 2011.**

**IT IS SO ORDERED.**

DATED: June 16, 2011.

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge