IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY J. TURLEY, )
  )
    Plaintiff, )
  )
vs. ) CASE NO.  09-829-SCW
  )
DONALD GAETZ, DANNY HARTLINE, )
DAVID REDNOUR, JEANETTE )
COWAN, BETSY SPILLER, LAMONT )
GILBERT, TRACY LEE, MARC )
QUILLMAN, C/O SCHNICKER, BRAD )
THOMAS, C/O LINDENBURG, )
REBECCA COWAN, L. OWENS, FRANK )
LAWRENCE, J. HAMILTON, and )
SHELLIE CARTWRIGHT, )

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

Defendants **DONALD GAETZ, DANNY HARTLINE, LAMONT GILBERT, TRACY LEE, BRAD THOMAS, REBECCA COWAN, L. OWENS, SHELLY CARTWRIGHT** were dismissed with prejudice on February 11, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 26).

Defendants **JAY HAMILTON** and **FRANK LAWRENCE** were granted summary judgment on March 23, 2012 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 128).

Defendants **DAVID REDNOUR, JEANETTE COWAN, BETSY SPILLER, MARC QUILLMAN, C/O SCHNICKER** and **C/O LINDENBURG** were granted summary judgment on October  25, 2012 by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 35).

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment be entered in favor of Defendants **DONALD GAETZ, DANNY HARTLINE, DAVID REDNOUR, JEANETTE COWAN, BETSY SPILLER, LAMONT GILBERT, TRACY LEE, MARC QUILLMAN, C/O SCHNICKER, BRAD THOMAS, C/O LINDENBURG, REBECCA COWAN, L. OWENS, FRANK LAWRENCE, J. HAMILTON,** and **SHELLIE CARTWRIGHT** and against Plaintiff **GREGORY J. TURLEY**.

Plaintiff shall take nothing from this action.

**DATED** this 30th day of October, 2012

                                                **NANCY J. ROSENSTENGEL, CLERK**

                                                BY: **S/ Angela Vehlewald**
                                                        **Deputy Clerk**

Approved by      **S/ Stephen C. Williams**
                   **United States Magistrate Judge**
                         **Stephen C. Williams**